IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. DNCW3:02CR16 |
| | ) | (Financial Litigation Unit) |
| LAREAL ANDRE HASKINS, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| WEB DON, INC., | ) | |
| Garnishee. | ) | |

## ORDER OF WRIT OF CONTINUING GARNISHMENT

**THIS MATTER** is before the Court on the Answer of Web Don, Inc., as Garnishee. On April 1, 2003, the Honorable Graham C. Mullen sentenced Defendant, Lareal Andre Haskins, to one month of incarceration on his conviction for Bank Fraud in violation of 18 U.S.C. §1344. Judgment in the criminal case was filed on April 16, 2003 (Docket Number 19). As part of that Judgment, Defendant was ordered to pay an assessment of $500.00 and restitution of $61,181.96 to the victims of the crime. *Id*.

On March 18, 2013, the Court entered a Writ of Continuing Garnishment ("Writ") (Docket No. 32), to Garnishee, Web Don, Inc., ("Garnishee"). The United States is entitled to a wage garnishment of up to twenty-five percent of net income and has satisfied the prerequisites set forth in 15 U.S.C. §1673. Defendant was served with the Writ on May 30, 2013, and Garnishee was served on April 18, 2013. Garnishee filed an Answer on April 25, 2013 (Docket Number 35), stating that at the time of the service of the Writ, Garnishee had in their custody, control or possession property or funds owned by Defendant, including non-exempt, disposable earnings.

IT IS THEREFORE ORDERED that an Order of Writ of Continuing Garnishment is hereby ENTERED in the amount of $52,577.55 computed through March 14, 2013. Garnishee will pay the United States up to twenty-five percent of Defendant's net earnings which remain after all deductions required by law have been withheld and one hundred percent of all 1099 payments, and Garnishee will continue said payments until the debt to the Plaintiff is paid in full or until Garnishee no longer has custody, possession or control of any property belonging to Defendant or until further order of this Court.

Payments should be made payable to the United States Clerk of Court and mailed to the Clerk of the United States District Court, 401 West Trade Street, Charlotte, North Carolina 28202. In order to ensure that each payment is credited properly, the following should be included on each check: Court Number DNCW3:02CR16.

Plaintiff will submit this debt to the Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment Defendant would normally receive may be offset and applied to this debt.

**SO ORDERED**.

Signed: July 16, 2013

David S. Cayer
United States Magistrate Judge