IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                Plaintiff, )<br>                          )<br>vs.                                   )<br>                                   )<br>LAREAL ANDRE HASKINS )<br>                Defendant, )<br>                          )<br>and                                )<br>                          )<br>WEB DON, INC., )<br>                Garnishee. ) | CASE NO. DNCW3:02CR16<br>(Financial Litigation Unit) |

**DISMISSAL OF ORDER OF CONTINUING GARNISHMENT**

Upon Motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Order of Continuing Garnishment filed in this case against Defendant Lareal Andre Haskins is DISMISSED.

**SO ORDERED.**   Signed: June 10, 2015

_____
David S. Cayer
United States Magistrate Judge